No. 05–130. EBAY INC. ET AL. *v.* MERCEXCHANGE, L. L. C. C. A. Fed. Cir. Certiorari granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Whether this Court should reconsider its precedents, including *Continental Paper Bag Co.* v. *Eastern Paper Bag Co.,* 210 U. S. 405 (1908), on when it is appropriate

to grant an injunction against a patent infringer."